

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00442-CR

Roberto Gonzalez **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2010-CRB-000057-L1
Honorable Alvino (Ben) Morales, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 5, 2014.

Sandee Bryan Marion, Justice